UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERMAIS GLENNI RENEE WATKINS WRIGHT HUSSAL,<br><br>Plaintiff,<br><br>v.<br><br>COSTCOS GROCERY STORE,<br><br>Defendant. | No. 1:21-cv-01196-DAD-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. Nos. 2, 3) |

On August 6, 2021, plaintiff Ermais Glenni Renee Watkins Wright Hussal, proceeding *pro se*, filed a complaint, along with an application to proceed *in forma pauperis* with this civil action. (Doc. Nos. 1, 2.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 13, 2022, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to state a cognizable claim for relief and because plaintiff's complaint is frivolous. (Doc. No. 3 at 3–4.) The magistrate judge also recommended that plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) be denied given that plaintiff's complaint is frivolous on its face. (*Id.* at 4.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 4–5.) No objections have been filed, and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on July 13, 2022 (Doc. No. 3) are adopted in full;
2. This action is dismissed as frivolous and due to plaintiff's failure to state a cognizable claim for relief;
3. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is denied; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 11, 2022**

UNITED STATES DISTRICT JUDGE

2